Dear Judge Lagrange,  5/29/13

    I am writing to inform you of my intentions of terminating my legal counsel, Larry Tedder. I feel as if he hasn't represented me, Jerry Lewis, to the best of his ability. Many times since April 12, 2013, I have tried to contact Mr. Tedder. I never seem to get a reply. On April 12, 2013, Mr. Tedder told me, Jerry Lewis, that he would come to Logan County to consult with me about my next court date. On May 8, 2013, I was scheduled to go to court. I wasn't even aware of that because Mr. Tedder did not notify me. The following Friday, Mr. Tedder arrived in Logan County to visit me. He had no new information about my case. I asked Mr. Tedder, "Why havent you answered any of my phone calls?" He told me that he doesn't answer out of area telephone numbers, but now he knows that it's me that's calling and he will answer. Today is May 29, 2013, and I still can't seem to get in contact with Mr. Tedder.

Honorable Judg Lagrange, I know that my life is depending on the results of this case. I cannot leave it up to a lawyer that doesn't even inform me on what's going on with my case. I am informing you that I would like a new legal counsel. I will be contacting Mr. Larry Tedder to let him know of my regard.

Case number - CR 13-103

Thank You,
Jerry Lewis

